# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D.D.S. ALI E. MOHAMMAD | : | CIVIL ACTION |
| v. | : | |
| ASPEN DENTAL MANAGEMENT, INC. | : | NO. 22-3166 |

## ORDER

**NOW**, this 1st day of December, 2022, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_/s/ Timothy J. Savage_
TIMOTHY J. SAVAGE, J.